## UNITED STATES PROBATION OFFICE
### EASTERN DISTRICT OF NORTH CAROLINA

James L. Corpening, Jr.
Chief U.S. Probation Officer



310 New Bern Avenue, Room 610
Raleigh, NC 27601-1441
919-861-8669
Fax: 919-861-5555

DATE: June 7, 2018

FROM: Christopher Studley
U.S. Probation Officer

SUBJECT: BARNES, Wayne Keith
Case No.: 5:16-CR-300-1BO
<u>Request for Early Termination</u>

TO: Terrence W. Boyle
U.S. District Judge

On May 27, 1998, after being found guilty of Possession With Intent to Distribute Methamphetamine; Using and Carrying a Firearm in a Drug Offense; Maintaining a Place for the Manufacturing, Distribution, and Use of Methamphetamine; and Endangering Life in the Manufacturing of a Controlled Substance, Wayne Keith Barnes appeared in United States District Court for the District of South Carolina, and was sentenced to 248 months imprisonment to be followed by 4 years supervised release.

The defendant was released from custody on May 18, 2015, and began supervision in the Eastern District of North Carolina. On December 1, 2016, jurisdiction was transferred to the Eastern District of North Carolina.

He has performed satisfactorily on supervision. He has submitted to DNA testing, all drug screens have been negative, and he has been on low intensity supervision since October 2016. His term of supervision is set to expire on May 17, 2019.

The probation office is requesting early termination. The U.S. Attorney's Office has no objection to early termination in this case. Please indicate the court's preference by marking the appropriate selection below.

☑ I agree with the recommendation and have signed the enclosed Order.
☐ I disagree with the recommendation. I will reconsider in one year.
☐ I disagree with the recommendation. The defendant must serve the entire term of supervision.

_____    6-9-18
Terrence W. Boyle                  Date
U.S. District Judge

# UNITED STATES DISTRICT COURT
## FOR THE
## EASTERN DISTRICT OF NORTH CAROLINA

**UNITED STATES OF AMERICA**

v.                                                                     Crim. No. 5:16-CR-300-1BO

**WAYNE KEITH BARNES**

     On May 18, 2015, the above named was released from prison and commenced a term of supervised release for a period of 48 months. The offender has complied with the rules and regulations of supervised release and is no longer in need of supervision. It is accordingly recommended that the offender be discharged from supervision.

| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |
|---|---|
| /s/ Michael C. Brittain<br>Michael C. Brittain<br>Supervising U.S. Probation Officer | /s/ Christopher Studley<br>Christopher Studley<br>U.S. Probation Officer<br>310 New Bern Avenue, Room 610<br>Raleigh, NC 27601-1441<br>Phone: 919-861-8669<br>Executed On: June 7, 2018 |

## ORDER OF COURT

     Pursuant to the above report, it is ordered that the offender be discharged from supervision and that the proceedings in the case be terminated.

Dated this \_\_\_9\_\_\_ day of \_\_June_____, 2018.

Terrence W. Boyle
U.S. District Judge